**PD-1478-13**

ALLEN PENA
APPELLANT / PETITIONER;

V.

THE STATE OF TEXAS
DEFENDANT / RESPONDENT;

CASE No. PD-1478-13
COA # . 13-12-00377-CR

[ CLERK ]

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 16 2015

Abel Acosta, Clerk

[ DISCUSSION ];

[H.] ; CLERK CAN YOU PLEASE RENDER ME A STATUS UP DATE" - ON [ THE" - FOLLOWING" - MOTION ;

[ REQUESTING A PROCEDURAL ASSESSMENT OF UNCONSTITUTIONAL GROUNDS - THAT WILL" - ADEQUATELY GOVERN A MOTION TO VACATE, SET' ASIDE . OR" CORRECT ... THE SECENTENCE" - [ IN' WHICH" ... WILL INCORPORATE" - A MOTION TO AMEND ; THE PETITIONER'S PETITION FOR" - DISCRETIONARY REVIEW.

[B.] ; THANK - YOU - FOR" ; YOUR HELP AND TIME".

[ RETURN SERVICE REQUESTED ] ;

RESPECTFULLY SUBMITTED;

ALLEN PENA
T.J.C.J. No. 1790277
PETITIONER ; PRO SE
JAMES V. ALLRED UNIT
2101 FM 369 N.
IOWA PARK ; TEXAS 76367

[ 28 U.S.C. § 1746 ] ; 4 - 13 - 15

[ C.C.A. ] [no.] : PD-1478-13 ]

[ CLERK ] :

ALLEN PENA
APPELLANT / PETITIONER:

V

THE STATE of TEXAS
DEFENDANT / RESPONDENT:

## [ I. DISCUSSION ]

[A.]: CLERK CAN you PLEASE file THE following MOTION ENCLOSED:

PETITIONER'S MOTION foR REHEARING of THE plaintiff's LEGAL ACTION of ; REQUESTING A PROCEDURAL ASSESSMENT of UNConstitutional GROUNDS ... THAT" will ADEQUATELY GOVERN A A MOTION To VACATE , SET ASIDE ; oR CORRECT THE SENTENCE ... IN' WHIll will INCORPORATE A MOTION To AMEND THE PETITIONER'S PETITION foR DISCRETIONARY REVIEW.

[B.]: PLEASE PRESENT ; SAID MOTION To THE COURT ; AND " PLEASE - INFORM THE PETITIONER - of ANY MANDATE RENDERED "'... UPON ; SAID MOTION

THANK' you foR All youR HELP

RESPECTFULLY SUBMITTED:

ALLEN PENA
T.D.C.J. no. 1790277
APPELLANT , PRO 'SE
J. V. ALLRED unit
2101 FM 369 N.
IOWA PARK , TX 76367

[ RETURN SERVICE REQUESTED ]

[ 28 U.S.C. § 1746 ] EXECUTED on : 7·9·15.

i

Court of Criminal Appeals
of Texas.

{C.C.A.} No. PD-1478-13

EX PARTE:

ALLEN PENA
PETITIONER/plaintiff:

V.

THE STATE of TEXAS
DEFENDANT/RESPONDENT:

{petitioner'-}motion for REHEARING of
{THE'''}- plaintiff's LEGAl action of'': {requesting
A PROCEDURAl ASSESSMENT of unConstitutional grounds
tHat will ADEQUATELY GOVERN A motion To VACATE, SET 'ASIDE,
OR - CORRECT tHE SENTENCE... iN WHICH will iNCORPORATE
A motion To AMEND'''-{THE'''} petitioner'S petition for
DISCRETIONARY REVIEW.

{ORDER'''of AUTHORITY : FED.R.CiV.p. 59, a; 1, B.}

{I.}{GENUINE}{material}{fact ISSUES}

{A.}: {IN'''}{THE'''}-{petitioner'S'''}{LEGAl}{action}-{of'':}{requesting'' A PROCEDURAL ASSESSMENT''
{of''}{unConstitutional}{grounds}{...tHat''}will'''{ADEQUATELY'''}{GOVERN}'- A motion To VACHTE'''}
{SET 'ASIDE'''}{OR'''}{CORRECT'''}{THE'''}{SENTENCE'''}{iN'WHICH'''} - will''{iNCORPORATE''}-{A'''}-{motion''}
{To'''}{AMEND'''}{THE'''}{petitioner'S'''}{petition''}{for''}{DISCRETIONARY'''}{REVIEW'''}...

{IVE'''}{THE'''}{plaintiff''}{CLEARly'''}{Contends''}; and'''-{petitions'''}{THE'''}{Claim'''}{of''-iNeffect'}
{Counsel}{of''}{TRIAl}- {and'''}{it''}{is''}{CLEARly'''}{ESTABLISHED''}{iN''}{SUPREME'''-COURT''
{PRECEDENT''}{tHat'', said''-; {I.C.A.}/ ground''... is''-{CLEARly''}{A''}{plain}{ERROR}{And''
{tHus''}{is''-}{AN'''}{ERROR}'''-{tHat''}{is''}{oBviously''}{RESULTING'''}{into''}{AN'''}{illegal}-
{Conviction'''}/RESTRAINT'-{tHat''}{is''}{iNfact''}{depriving'''}{THE'''}{petitioner''}{of''}{LiBERTy'''
{EQUAl}{RIGHtS}, DUE PROCESS; A failURE To'''-{REDRESS''}...GOVERNmental ISSUES, and'''
{THE'''}{RIGHt''}{To'''}{Effective, and''}{adequate'''}{ASSISTANCE}/Counsel''-{iN'''
{of'''}{JUSTICE'''}{iN'WHICH'''}{is''}{iNfact''}{RESULTING''}{into''}-{A'''}{GRAVE'''}{miscarriage
{ERROR''};

{SEE:}{petitioner's} {C.C.A.}{No. PD-1478-13}: REQUESTING'''-A'''-PROCEDURAl ASSESSMENt'''
{of'''-unConstitutional}{grounds'''-}{tHat''-}{will''}-{ADEQUATELY'''}-{GOVERN''}{A''
{motion'''-}{To'''}{VACATE''-;}{SET'ASIDE; OR''-}{CORRECt'''-}{THE'''}{SENTENCE'''}{iN''-WHICH''-}{will'''
{iNCORPORATE'''-}{A'''}{motion''-}{To'''}{AMEND'''}{THE'''}{petitioner'S'''}{petition'''}{for'''
{DISCRETIONARY'''}{REVIEW'''}.

{SEE:}{THE'''}{plaintiff's''-}{CLAIM'''}{of''-}{iNeffective}{Counsel}{of TRIAl'''-}{CONCERNING'''}
{THE'''}{ABOVE''-}{REFRENCE.''}

1.

[B.]

[As "[A"-] proficient] strategist "-] of "[Initiative "[intellect "-] the"
[plaintiff"-[will"-[Adequately"[Accredit"-] said"-] claim"[of "[ineffective"...
[counsel"-[of "[trial"-] and" ~~[Inscribed"-[Accentuated] the"-] such"[is-
[Basicly"[done"-[to"[Accentuate"-] the"-[factual]-[supporting"-[merit"-]of"
[said"-[claim":

[See:-[said"-[petitioner's"-] C.C.A.[No.] EX PARTE PENA . No. WR-81,352-01 :[~~petitioners~~
[plaintiff's"-[motion"-[for"-[relief"-[from"-[A"-] judgment and order.

[said"-[above"-[refrence"'-[logically"-[reflects"-[an"-[adequate"[encouragement
[of "[further"-[litigative"-[proceedings"'-[indealing"-[with", said"-[motion"-[and"-[such"-
[is-[being"[that"-[said"-[motion"-[is"[infact"-[A"-[legetimate]action]-[for"-[merely"---
[trying"-[to"-[remedy", and"-[or"-[~~from~~redress"-[the"-[plaintiff's"-[substantial]rights-
[that"-[have"-[infact"[been"-[violated"-[by"-[said"-] petitioner's"-] counsel]of"-[trial"...
[who"-[was"-[infact"-[ineffective", and"-[such"-[is"-[obviously"-[A"-] plain"-
[error"-[violating"-[constitutional]Law.]

[C.]

[II. [Legal]argument].]

[By"-[Adequate"[litigative"-[strategy"-[the"-[petitioner"-[will"-[Adequately"
[incorporate"-[the"-[foregoing", and"-[following"-[litigative]defenses]-[and"-[refrences"-
[in"order"-[to"-[support"-[A"[sufficient"-[defense"-[for"-[said"-[motion"!
[See:[douglass v. United ~~States~~SERVS. Auto ASS'N , 79 F.3d 1415 [5th cir. 1996].
[See:[FED.R.CR.P. 51.
[See:[FED.R.CR.P. 52.
[SEE:[FED.R.CIV.P. 51,[d],[2].
[SEE:[FED.R.CIV.P. 61.

[Accordingly"[federal]-[constitutional"-;[statutes:[precedent,[rules,and"
[procedures"-[render"-[an"[order"[containing"[~~habeas~~]relief --- and"-[such"-[will"...
[merely"[sustain"-[and"-[remedie"-[the"-[united"-[states"-[constitution"-[and"-[said"-
[plaintiff's"[substantial]rights].

[D.]

[III. [conclusion and prayer ]].

[the"[petitioner"-[merely"-[request"-[and"-[prayers"-[for"-[said"[court"[to"
[granted[said"-[said"-[styled"-[motion"-[and"-[such"-[is"-[due"-[to"-[the"-[plain]error]
[Accentuated"[herein"... that"-[is"-[also"-[on"-[the"-[face"-[of"-[the"-[record"-[of"...
[Accentuated"[therein... that"-[is"-[also"-[on"-[the"-[face"-[of"-[the"-[record"-[of"...
[the"[court.

RESPECTFULLY SUBMITTED:

Allen Pena
T.d.c.J. No. 1790277
PETITIONER; PRO SE

[28 U.S.C.§ 1746]EXECUTED ON: 7·10·15

2.

[ JAMES V. ALLRED Unit
[ 2101 FM 369 N.
[ IOWA PARK, TEXAS 76367

[E]:                    [IV.] Affirmation under oath .[]:

[I]" [HEREBY" [acknowledge" [under" [penalty" [of" [perjury" [for" [all" [of"
[the" [foregoing" [to" [be" [true" [and" [correct.

RESPECTfully SUbMItted:

                    [28 U.S.C. §1746] EXECUTED ON: 7·10·15.

Allen PENA
T.J.C.J. No. 1790277
PETITIONER, PRO SE
JAMES V. AllRED Unit
2101 FM 369 N.
IOWA PARK, TEXAS 76367

[F]:                    [V.] CERItifICATioN []:

[in" [ComplianCE" [with" [the" [TEXAS" [Rules", and PROCEDURE : 73.3 . [I" [HEREBy"
[CERtify" [that" [the" [No.]" [of" [words" [in" [this" [LEGAI] ACTion" [is" : [6237]:

RESpectfully SUbMItted:

                    [28 U.S.C. §1746] EXECuted ON: 7·10·15

Allen PENA
T.J.C.J. No. 1790277
PETITIONER, PRO SE
JAMES V. AllRED Unit
2101 FM 369 N.
IOWA PARK, TEXAS 76367

[G]:                    [VI.] CERTificate of SERVICE []

[I" [HEREBy" [CERtify" [that" [a" [Copy" [of" [the" [foreGoing" [styled] ACtion"
[was" [mailed" [to" [the" [opposing" [party" [on" [the" [EXECuted" [date] [below [mailed
[PREPAid" [first] class] [postAGE" [via] [U.S. CERtified MAil.

RESpectfully SUbMItted:

                    [28 U.S.C. §1746] EXECuted ON: 7·10·15.

Allen PENA
T.J.C.J. No. 1790277
PETItioNER, PRO SE
JAMES V. AllRED Unit
2101 FM 369 N.
IOWA PARK, TEXAS 76367

I.

VI. COURT OF CRIMINAL APPEALS
of TEXAS.

ALLEN PENA
PETITIONER / PLAINTIFF:
V.
THE STATE OF TEXAS
DEFENDANT / RESPONDENT:

C.C.A. No. PD-1478-13

ORDER:

AFTER" ACKNOWLEDGING" AND" FINDING" A" CONCLUSION" OF" MULTIPLE" VIOLATIONS" TO" THE" UNITED" STATES" CONSTITUTION" AND" TO" SAID" PLAINTIFF'S SUBSTANTIAL RIGHTS" SAID" COURT" ORDERS"; SAID" MOTION":

GRANTED _____

HONORABLE JUDGE PRESIDING.

HONORABLE JUDGE PRESIDING.

HONORABLE JUDGE PRESIDING.

EXECUTED ON:

HONORABLE JUDGE PRESIDING.

4.

**[ Court of Criminal Appeals of Texas ]**

**[ C.C.A. ] [ No ] : WR-81,352-01**

EX PARTE
ALLEN PENA
Plaintiff / Petitioner:

V.

THE STATE of TEXAS
Defendant / Respondent:

**[ Clerk ] :**

**[ I. Discussion ] :**

**[A.] : clerk** PLEASE Adequately "file the enclosed motion" -;
''' Plaintiff's motion for RELIEF from A
JUDGMENT AND ORDER '''

**[B.] :** PLEASE ''' PRESENT SAID'' motion To the court, and
PLEASE KEEP, the petitioner' updated - of Any MANDATE'
RENDERED Upon, SAID motion

THANK' you FoR All youR Help

RESPECTFULLY SubmiTTED:

ALLEN PENA
T.D.C.J. No. 1790277
JAMES V. AllRED unit
2101 FM 369 N.
IoWA PARK, TEXAS 76367

**[ 28 U.S.C. § 1746 ]** EXECUTED on: 7.9.15.

i

Court of Criminal Appeals of Texas

Ex Parte:
Allen Pena
Plaintiff/Petitioner:

V.
~~The State of Texas:~~
Defendant/Respondent:

Court of Criminal Appeals of Texas

[C.C.A.][No.]: WR-81,352-01 :

[plaintiff's "motion" - for" - relief...]
[from a judgment and order.]:

[Order of Authority]: [Fed. R. Civ. P. 60]:/Fed.R.Crp. 37]:

[I.][Genuine][Material][fact" - Issues".]

[A.]:

[Said" - Court" - is" - Constrained" - by" - a" - [2254] proceeding" - and - thus" - is - why" - the" - plaintiff" - will" - Accentuate" - the" - petitioner's" - Ground" - of" -: [ineffective][Counsel] of" - [Trial] - [indealing" - with" - said" - [Case][No.]

[Demonstratively" - the" - State] - Court" - proceedings" - of" - said" - Claim" - is" - infact" - Contrary" - to" - federal][Law] - and" - thus" - the" - obvious" - Clearly" - reflects" - that" - the" - Courts" - who" - ruled" - upon" - said" - Claim" - has" - Clearly - abused - it's" - Discretion" - by" - using" - an" - unreasonable" - application" - of" - Supreme" - Court" - precedent... When - infact" - the" - petitioner" - is" - infact" - executing" - said" - Ground - adequately"; and" - such" - a" - decision" - to" - Continually" - denie" - the" - plaintiff"... Habeas][relief" - indealing" - with" - said" - Claim" - after" - the" - foregoing" - and" - following" - [litigative" - facts" - are" - Accentuated" - by" - said" - [Legal][action] - as"... a - unreasonable" - determination" - of" - the" - facts" - in" - light" - of" - the" - evidence"... presented" - in" - the" - Lower" - Courts"; and" - said" - Court's" - [litigative] proceeding.

[The" - petitioner" - Demonstratively" - sufficiently" - and" - and" - Correctly" - executes" - the" - Standard] - prongs" - set] - out - in" - [Strickland" - for" - proper" - Analysis - of" - [ineffective][Counsel] of" - [Trial] - and" - such" - resulted" - from" - Counsel - failing" - to" - Actually" - secure" - and" - protect" - the" - plaintiff's" - substantial]"... right" - of" - a" - fundamentally" - fair" - Trial" - and" - such" - arose" - from" - the" - [litigative][fact] - that" - the" - petitioner" - Actually" - had" - Adequate" - remedy" - of"... Law" - at" - the" - time" - of" - [Trial] - had" - and" - or" - if" - adequately" - Counsel - made" - an" - Appropriate][objection" - and" - or" - moved" - into" - an" - Adequate" - Trial strategy" - that" - would" - have" - rendered" - a" - sufficient" - [Legal][action]"... in"... which" - would" - have" - rendered" - the" - plaintiff" - a" - favorable] out" - Come"... relief" - when" - the" - State] prosecutor" - knowningly" - unethically" - deliberately"... started" - to" - engage" - in" - [prosectorial][misconduct] / with] holding" [evidence-

1.

in' WHICH" WAS" EXCUPLATORY" EVIDENCE" INDEALING" WITH" SAID" CASE] No.] AND" SUCH" is" APPARENTLY" DUE" TO" THE" FACT" THAT" SUCH" EVIDENCE" is" THE" ACTUAL] BASIS" of" THE" FOUNDATION" FROM" WHICH" SAID" CASE[ No.] AROSE" FROM" AND" THUS" OBVIOUSLY" REFLECTS" SUBSEQUENT" PROSECUTION" AND" THE" SAME" CRIMINAL] ACT] / EPISODE] ...

AND" SUCH" is" THE" REASON" FOR" THE" STATE" PROSECUTOR" ILLEGALLY" WITH'[HOLDING] TAMPERING" WITH; BLACKING' OUT; COERCING; AND" OR" SUPPRESSING" THE" EXCUPLATORY] EVIDENCE" of" THE" FORMER" TRIAL" of" AGGRAVATED] ROBBERY" FROM" WHICH; THE" PETITIONER" HAD" ALREADY" OBTAINED" AN" ACQUITTAL] FROM" ...

AND" THUS" OBVIOUSLY" LEAD" TO" THE" ACTUAL] REASON" WHY" THE" STATE" PROSECUTOR" ALSO" ILLEGALLY" COERCED" EACH" WAS] WITNESS" ON" BEHALF" of THE" STATE" PROSECUTION" DEFENSE" TO" RENDER" AN" UNRELIABLE" PREJUDICAL] UNTRUTHFUL] TESTIMONY] " THAT" EXCLUDED" THE" EXCUPLATORY] EVIDENCE" of" THE" ACQUITTED" OFFENSE" of" AGGRAVATED] ROBBERY] " AND" SUCH" ILLEGAL] ACT] of" PERJURY" AND" ILLEGALLY" WITH' HOLDING" EVIDENCE" is" WRONGFULLY" ILLEGALLY" MITIGATING" MATERIAL] EVIDENCE] ... in' WHICH" FURTHER" ACCUMULATES" SUCH" illegal TRIAL] omissions] " ...

AND" SUCH" SUBSTANTIAL] TRIAL] omissions] / plain] ERRORS] " ... CLEARLY" REFLECT"; THE" plaintiff's" COUNSEL" WAS" in FACT";

1.] REFLECTING" UNREASONABLE" PROFESSIONAL] JUDGMENT.

2.] INEFFECTIVE"; AND" INCOMPETENT" INDEALING" WITH" SUCH" illegal] TRIAL] omissions".

3.] HIGHLY" DELIBRATELY] INDIFFERENTIAL" AND" OR" BIAS" TO" THE" FACT" of" ACTUALLY" SECURING" THE" PETITIONER'S" RIGHT" TO" A" CONSTITUTIONALLY" FUNDAMENTALLY" FAIR] TRIAL].

THE" COUNSEL'S" ACTIONS" ON" BEHALF" of" THE" BEST" INTEREST / LITIGATIVE" OUT'[COME] FOR" THE" plaintiff" WAS" CLEARLY" not" EVEN" CONSIDERED" AND" SUCH" REFLECTED" A" BIAS" AND" PREJUDICE" ACT" AND" SUCH" is" BEING" COUNSEL] COULD" HAVE[ OBTAINED" A" FAVORABLE" OUT'[COME] FOR" THE" PETITIONER" BUT" FAILED" INDOING" SO" AND" THUS" NOT" VIEWING" THE" CASE" in" ;[HINDSIGHT- in' WHICH" ALSO" CAUSED" COUNSEL" TO" BE"; [INEFFECTIVE] ... BECAUSE"; it" is" OBVIOUSLY" CLEAR" that"; THE" FOREGOING" illegal] TRIAL] omissions" RENDER" THE" plaintiff" RELIEF;

AND" SO" THEREFORE" BY" A" PREPONDERANCE] of" EVIDENCE" of" SAID" Claim" of" INEFFECTIVE] COUNSEL] of TRIAL] in' WHICH" is" A" Claim" THAT" is" violating" CONSTITUTIONAL]; STATUTES; RULES; FEDERAL PRECEDENT. AND" PROCEDURES" No" RATIONAL] JUROR] / FACT] finder] " ... COULD" HAVE" RENDERED"; THE" ...

2.

"THE" "plaintiff" "Guilty" "Beyond" "A" "REASONABLE] doubt", If" "SUCH" "illegal[TRIAL]-[omissions]-"WERE"-"infact"-"ACCENTUATED"-"By"-"the"... "petitioner's"-"COUNSEL]...

"And"-"THUS"-"said"-"claim"-/"plain[ERROR]"-"sufficiently"-"overcomes"-... "THE"-"PROCEDURAL]-[doctrine]-.. And"-"SUCH"-"is"-"BECAUSE"-"claim"-"is"-"Contrary"-"To"- "federal[LAW]. And"-"thus"-"obviously"-"shows"-"AN"-"adequate]-[Good"-"CAUSE"-"To"... "REFLECT"-"that"-"SUCH"-"plain[ERROR"-"is"-"AN"-"Actual] prejudice[-"indealing"-"with" "THE"-"PROCEDURAL[BAR]/"[doctrine"... And"-"SUCH"-"Constitutes"-"the"-"petitioner"- "Actually"-"Rebutting"-"the"-"presumption"-"of"-"CORRECTNESS"-"with"-"CLEAR"-"And"- "Convincing"-"Evidence"-"of"-"SUCH"-"A"-"valid"-"claim"-"that"-"is"-"AN"-"illegal]- "omission"-/"[claim]-.. THAT"-"ARISES"-"fair'[minded]"-"disagreement"-"and"-"thus"- "EVEN"-"THE"-"independent"-"adequate"-"state"-"PROCEDURAL[Ground"-"defense"-"is"- not"- "Adequate"-"Strategy"-"for"-"Barring"-"relief"-"BECAUSE"-"the"- 13th- court- of"... "APPEALS"-"is"-"Closed"-"To"-"plaintiff's"-"claim"-"and"-"SUCH"-"is"-"AN"-"ABSENCE"-"of" "Available"-"state"-"Corrective] process"-"and"-"thus"-"obviously"-"Reflects"-"AN"- "Adequate"-"Circumstance"-"To"-"exist"-"that"-"Renders"-"SUCH"-"process"-... "absolutely"-"ineffective"-"indealing"-"protecting"-"the"-"Right"-"of"-"the"-"Applicant" "To"-"petition]/"[contend"-"said"-"claim"...

"And"-"SUCH"-"ACCENTUATED"-"in"-"said"-"motion"-"LEAVES"-"No[REASON]-"for"- "THE"-"BASIS"-"of"-"said"-"Court"-"To"-"denie"-"relief", "BECAUSE"-"EVEN"-"the"- "EXHAUSTION[doctrine]-"defense"-"Aginst"-"said"-"claim"-"is"-"frivolous"-"And" : "debateable]"

"indealing"-"with"-"said"-"claim"-"that"-"is"-"Clearly"-"Contrary"-"To" "federal] precedent], And"-"So"-"said"-"Court"-"not[to] remove"-"the"-"PROCEDURAL[default" "doctrine"-"And"-"exhaustion"-"doctrine"-"is"-"Clearly"-"Resulting"-"into"-"A"-"fundamen- "tal"-"miscarriage"-"of"-"justice";

"SEE: "Coleman v. THompson; 501 v.s. 722, 750; 115 L.Ed. 2d 640 ~~1991~~ "1991]"
"SEE: "Coleman; 501 [AT] 750.
"SEE: "Halely v. Dretke, 541 u.s. 386; 388 [5th cir. 2004]:
"SEE: " 28 v.s.c. § 2253. c. 2.
"SEE: "EX PARTE BRAVO; 702 S.W. 2d 189; 193 [TEX. Crim. App. 1982.];
"SEE: " 28 u.s.c. § 2253. [C].
"SEE: " 28 u.s.c. § 2254; [B]. [ii].
"SEE: " 28 v.s.c. § 2254; [B. [3]. [C].
"SEE: " 28 u.s.c. § 2254; [d].
"SEE: " 28 u.s.c. § 2254; [d]. [1].
"SEE: " 28 u.s.c. § 2254; [d]. [2].
"SEE: " 28 u.s.c. § 2254; [E]. [2]. B.

3.

[SEE;] [28 U.S.C. § 2254,] [E], [2].

[SEE;] [28 U.S.C. § 2254,] [B], [2], [A].

[SEE;] [28 U.S.C. § 2254,] [E].

[B.]

## [II. DISCUSSION]

[Said] [Court] [is] [Constrained] [By] [A] [2254] [Proceeding] [and] [thus] [is] [basicly] [why] [the] [lower] [state] [courts] [and] [a] [federal court] [share] [a] [responsibility] [of] [resolving] [the] [petitioner's] [unconstitutional claim] [and] [such] [obviously] [reflects] [that] [said] [court] [has] [a] [mandatory] [obligation] [to] [correct] [the] [deprivation] [of] [the] [plaintiff's] [substantial right] [of] [an] [adequate] [effective] [defense] [counsel] [in] [which] [is] [guaranteed] [By] [the] [6th] [Amendment] [because] [it] [is] [obvious] [that] [the] [petitioner's] [counsel] [of] [of] [trial] [violated] [the] [plaintiff's] [right] [of] [being] [effective], and [comptent] [indealing] [with] [criminal] [litigation] [and] [such] [is] [obviously] [apparent] [that] [reasonable] [fact finders] / [jurist] [would] [infact] [grant] [the] [petition] [on] [basis] [of] [such] [meritorious] [claim] [accentuated] [herein] [and] so [to] [denie] [such] [a] [valid] [claim] [based] [upon] [a] [procedural] ruling [and] [or] [a] [exhaustion] [ruling] [would] [infact] [be] [a] [absolute] [unreasonable] [ruling] [and] [such] [arises] [fair] [minded] [disagreement] [on] [such] [a] [debateable] [issue] [because] [reasonable] [minds] [would] [infact] [resolve] [the] [currant] [disputed] [claim] [in] [a] [different] [manner] [and] [such] [is] [adequate] [to] [deserve] encouragement [to] [proceed] [in] [further] [litisative] [proceedings]. and [such] [is] [the] [reason] [why] [the] [plaintiff] [alerts] [the] [court] [of] [the] [fact] [of] [the] [plaintiff] [asserting] [said] [claim] [of] [ineffective] [counsel] [of] [trial] [under] [the] [united] [states] [constitution].

[C.]

## [III. [LEGAL ARGUMENT].]

[By] [adequate] [litisative] [strategy] [the] [petitioner] [will] [adequately] [incorporate] [the] [foregoing] [and] [following] [litisative defenses], and [in] [Able] [to] [sufficiently] [support] [a] [defense] [for] [said] [styled motion]. and [refrences]

[SEE:] [duncan v. Henry ; 513 U.S. 364, 365-66; 130 L.Ed. 2d 865 [1995]].

[SEE:] [BADER v. WARDEN, 488 F.3d 483; 488 [1st Cir. 2007]].

[SEE:] [HUBANKS v. FRANK, 392 F.3d 926; 933 [7th Cir. 2004]].

[SEE:] [HOUSER v. DRETKE, 395 F.3d 560; 562 [5th Cir. 2004]];

[SEE:] [miller-El v. Cockrell, 537 U.S. 322, 336; 154 L.Ed. 2d 931 [2003]];

[SEE:] [Ramunno v. United States, 264 F.3d 723, 725 [7th Cir. 2001]];

[SEE:] [Slack v. McDaniel, 529 U.S. 473, 484; 146 L.Ed. 2d 542 [2000]];

[SEE;] [Slack, 529 U.S. [At] 478. Id.

[SEE;] [Slack, 529 U.S. [At] 484. Id.

[SEE;] [6th Amendment.

4.

[SEE:] STRICKLAND V. WASHINGTON, 466 U.S. 668; 104 S.Ct. 2052; 80 L.Ed.2d [674] [1984].

[SEE:] STATE of TEX. V. PAYTON; C.A.5 [TEX.] 1968, 390 F.2d 261 HABEAS [CORPUS] on 311.

[SEE;] FED. R. CIV. p. 51; d; 2.

[SEE:] FED. R. CIV. p. 61.

[SEE:] FED. R. CR. p. 51.

[SEE:] FED. R. CR. p. 52.

[SEE:] CASTILLE V. PEOPLES, 489 U.S. 346, 349 [1989];

[SEE:] ANDERSON V. HARLESS, 459 U.S. 4, 6 [1982];

[SEE:] FED. R. CR. p. 47.    [SEE:] [ATTACHMENT] [A - B].

[THE] [ACCORDINGLY] "[FEDERAL][Constitutional] ; [Statutes, [PRECEDENT, RULES, [and" [PROCEDURES" [RENDER" [AN" -[ORDER" [CONTAINING] "[HABEAS][RELIEF]" — AND" [SUCH- [will" [MERELY" [SUSTAIN" [AND" [REMEDIE" [THE" [UNITED" [STATES "[Constitution "[AND" — SAID- [plaintiff's" [SUBSTANTIAL][RIGHTS].

[d].              [IV. [CONCLUSION AND PRAYER.]

[THE" [PETITIONER" [REQUEST", AND" [PRAYERS" [FOR" [SAID" [COURT, TO" GRANT- [SAID" [MOTION" [BECAUSE" [OF" [THE" [ILLEGAL][omissions] / [plain][ERRORS] — [THAT" [ARE" —infact [ON" [THE" [RECORD" [of" [THE" [COURT" [OF" [SAID" [CAUSE] / CASE NO. -[AND" [SUCH" -ILLEGAL [omissions "[ACCENTUATED" [IN" [SAID" [MOTION" — IN' WHICH IS" [OBVIOUSLY" [WRONGFULLY" [oppressing" [THE" [UNITED" [STATES "[CONSTITUTION"-[AND" [SAID" [APPELLANT's" [SUBSTANTIAL]- [RIGHTS".

RESPECTFULLY SUBMITTED;

*[signature]*
ALLEN PENA
T.D.C.J. NO. 1790277
PETITIONER, PRO SE
JAMES V. ALLRED Unit
2101 FM 369 N.
IOWA PARK, TEXAS 76367

[28 U.S.C. §1746][EXECUTED ON; 7·10·15.

[E.]              [V. [AFFIRMATION UNDER OATH]

[I" [HEREBy" [ACKNOWLEDGE" [UNDER" [PENALTY" [OF" [PERJURY" [FOR" [ALL" [OF" [THE" [FOREGOING" [TO" [BE" [TRUE][and" [CORRECT]

RESPECTFULLY SUBMITTED;

*[signature]*
ALLEN PENA
T.D.C.J. NO. 1790277
PETITIONER, PRO SE
JAMES V. ALLRED Unit
2101 FM 369 N.
IOWA PARK, TEXAS 76367

[28 U.S.C. §1746][EXECUTED ON; 7·10·15.

5.

**[F.]:**

**[ VI. CERTIFICATION. ]:**

[in] [compliance] [with] [TEXAS RULES], and [PROCEDURES] 73.3 [I] [HEREBY] [CERTIFY] [that] [A] [ACCURATE] [NO.] [of] [WORDS] [in] [THIS] [LEGAL ACTION] [is]: [9287]

RESPECTFULLY SUBMITTED:

ALLEN PENA

T.D.C.J. No. 1790277

PETITIONER - [PRO SE]

JAMES V. ALLRED UNIT

2101 FM 369 N.

IOWA PARK, TEXAS 76367

[28 U.S.C. §1746] EXECUTED ON: 7·10·15

**[G]:**

**[ VI. CERTIFICATE OF SERVICE ]:**

[I] [HERE] [BY] [CERTIFY] [that] [A] [Copy] [of] [THE] [foregoing] [styled] ACTION [WAS] [MAILED] [TO] [THE] [opposing] [PARTY] [on] [THE] [EXECUTED] [date] [BELOW] [MAILED] [pre'paid] [first CLASS] [postage] [via] [U.S. certified mail].

RESPECTFULLY SUBMITTED:

ALLEN PENA

T.D.C.J. No. 1790277

PETITIONER, PRO SE

JAMES V. ALLRED UNIT

2101 FM 369 N.

IOWA PARK, TEXAS 76367

[28 U.S.C. §1746] EXECUTED ON: 7·10·15

**[H.]:**

ALLEN PENA

PETITIONER/PLAINTIFF;

V.

THE STATE OF TEXAS

DEFENDANT/RESPONDENT;

**[ VII. COURT OF CRIMINAL APPEALS of TEXAS ]:**

**[C.C.A.] No. WR-81,352-01 ]:**

**[ ORDER ]:**

[After] [acknowledging] [and] [finding] [A] [Conclusion] [of] [multiple] [Violations] [To] [THE] [United] [States] [Constitution] [and] [To] [said] [plaintiff's] [substantial RIGHTS] [said] [Court] [orders]:

**[I.]:** [plaintiff's] MOTION FOR RELIEF FROM A JUDGMENT AND ORDER; GRANTED _____.

EXECUTED ON:

6.

[HONORABLE] JUDGE PRESIDING

Supplemental facts - in support / supporting - petitioner's Ground : ineffective counsel of - trial :

Obviously - the - petitioner - has - formulated - said - habeas Ground to - adequately - reflect - a - meritorious - claim - and - such - reflects a - reasonable - encouragement - of - further - litigative proceedings - inorder - to - redress - said - Governmental issue / claim.

Obviously - the - federal - district - court - has - and - or - will - error - in - mandating - a - procedural ruling adequate.

it - is - also - clearly - apparent ~~obvious~~ obvious - that - counsel - should - have - also - objected - to - the - state - prosecutor - of - trial coersing - witnesses - into - rendering - a - very - untruthful - testimony -.

But - counsel - did - not - do - so - and - such - is - an - error - obviously - reflecting - a - violation - of - fundamental unfairness .

Clearly - the - state - prosecutor - illegally - with held - and - tampered - with - the - Genuine - material - exculpatory - evidence - in which - also - resulted - into - the - state - witnessess - testifing - very - untruthfully - and - or - being - coerced - into - being - an - accomplice / acomplice - to - perjury - and - such - can - be - supported - by - mr. James odell ; assistant - district attorney -;

See : p. 5-6 ; Ex parte Pena ; No. - WR-81,352-01 ; / state's - answer - to - applicant's - application - for writ of ; habeas / state's answer corpus ;

A.; P.5, mr. odell - state's ; " here - the - applicant's - second ; and - third - Grounds - could - have - been - adequately - raised - on - direct appeal - when ; the -;

factual basis - for - his - claim - of - prosecutoral misconduct / with Holding - were - already - known. mr. odell - so - basicly - states .

B.; p.6 ; mr. odell - basicly - states : " as - for - his - third - Ground - the - applicant - apparantly - claims - that - the - state's - witnesses - testified - untruthfully - when - after - they - were - ordered - not - to - mention - the - applicant's - prior - arrest and - trial - for - aggravated robbery - because - it - resulted - in - an - acquittal - and - so - these - witnesses - complied - with - that - instruction - and - so - the - aggravated robbery - did - not - testify - about

Attachment A.

"SUCH" -"UNETHICAL" -"ILLEGAL" -"MISCONDUCT" - "VIOLATED" -"THE" -"6th" -"AMENDMENT" -"INDEALING" -"WITH" -"FUNDAMENTAL" -"FAIRNESS" -"OF" -"A" -"CRIMINAL" "TRIAL" -"PROCEEDING" -"AND" -"SUCH" -"ALSO" -"CLEARLY" -"REFLECTS" -;

"INEFFECTIVE" "COUNSEL" -"OF" -"TRIAL"

"AND" -"SUCH" -"IS" -"BECAUSE" -"COUNSEL" -"COULD" -"HAVE" -"PREVENTED" -"PROSECUTORIAL" "MISCONDUCT" -"FROM" -"EFFECTING" -"THE" -"TRIAL" -"WITH" -"FUNDAMENTAL" -"UNFAIRNESS" -"IN' WHICH" -"SO" -"MITIGATED" -"THE" -"ELEMENTAL" -"FACTOR" "EXCULPATORY" "EVIDENCE" - OF -"THE" -"ACTUAL" "OFFENSE" -"OF" -"AGGRAVATED" -"ROBBERY" -"IN' WHICH" -"IS" -"THE" -"ACTUAL" -"FOUNDATION" OF -"SAID" -"APPELLATE NO." -"AND" -"SUCH" -"UNETHICAL" "MISCONDUCT" -"IS" -"WHY" -"THE" -"POLICE" -"OFFICER" -"HAD" -"ABSOLUTELY" -"NO" -"AUTHORITY" "NO" "REASON" - TO -"EVEN" -"ATTEMPT" -"TO" -" " -"LAWFULLY" -"STOP / ARREST" -"THE" -"PETITIONER" -"AND" -"SUCH" -"OBVIOUSLY" -"IS" -"WHY" -"THE" -"RECORD" -"OF" -"COURT" -"REFLECTS" -"ABSOLUTELY" -"NO" "EVIDENCE" -"INSUFFICIENT" "EVIDENCE" , AND -"PRIMA" "FACIE" / "ACTUAL" "INNOCENCE" - "IN' WHICH" -"ALL" -"FORMULATED" -"FROM" -"PROSECUTORIAL" "MISCONDUCT" - AND -"THUS" -"OBVIOUSLY" -"REFLECTS" -"INEFFECTIVE" -"COUNSEL" -"OF" -"TRIAL" -"VIOLATION" -"OF" -"DUE" "PROCESS" . "SUCH" - FURTHER' SUPPORTS - AND -"AN" "INEFFECTIVE" COUNSEL -; "ACCORDINGLY" IT -IS -ACTUALLY' -OBVIOUS -THAT- COUNSEL- SHOULD' HAVE" -ADEQUATELY " " -SUBMITTED - A- MOTION- TO SUPPRESS -;THE - PREJUDICIAL UNTRUTHFUL TESTIMONIES

"THE' FRAUDULENT" -; ILLEGALLY - ALTERED" - RECORD- OF- THE" COURT -" " -THAT -DID - INFACT - REFLECT- TO- BE -; ILLEGALLY' -TAMPERED' WITH - " " - AND -THUS -THE" ACTUAL- REASON- THE" EXCULPATORY - MATERIAL EVIDENCE -OF-; AGGRAVATED' ROBBERY - WAS' NOT - APPARENT - IN- THE- STATEMENT OF- GENUINE' FACTS - WITHIN' THE' RECORD OF THE" COURT , -" "

"AND - FURTHERMORE' THE" APPELLANT'S / DEFFENDANT'S -; TESTIMONY - MR. ALLEN PENA'S -; TESTIMONY - HE GAVE - IN - A - THE- PRIOR -TRIAL - OF -; AGGRAVATED - ROBBERY - " " - SHOULD - HAVE' -BEEN SUPPRESSED - ALSO - BECAUSE " " - THE- STATE' PROSECUTOR - OBTAINED - NO CONSENT - TO USE - SUCH -; SUBSTANTIAL - ADVERSE' HARMFUL' - PREJUDICIAL - EVIDENCE - " " - THAT - CONSISTED - OF -THE- PETITIONER - WITNESSING - AGAINST -; HIMSELF - AND - THUS -; VIOLATES - THE'; 5th - AND - 4th AMENDMENT - " " - BEING -THAT- SUCH- PRIOR -; EVIDENCE - WAS- OFFERED - IN- A- PRIOR - TRIAL - AND - THUS - BARRING - THE - EVIDENCE - IN' SAID - CASE NO. - THE - PETITIONER - IS - APPEALING - AND IF - THE TRIAL" JUDGE - WERE - TO - OVERRULE' SAID - MOTION TO SUPPRESS - SUCH - WOULD - OBVIOUSLY - BE - AN - ERROR - VIOLATING -THE" PETITIONER'S -; SUBSTANTIAL' RIGHTS - FOR" THE" FOREGOING- REASONS . " "

"ATTACHMENT" "B."